Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
1 Judicial District of Caddo
Civil Division



RECEIVED
APR 14 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Lisa Hill

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Shreveport Police Department

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:22-cv-1018
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Lisa Hill
- Address: 423 East Merrick St.
  - City: Shreveport
  - State: LA
  - Zip Code: 71104
- County: Caddo Parish
- Telephone Number: 678-9521
- E-Mail Address: lisa78nday@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Marlon Clark
- Job or Title (if known): Shreveport Detective
- Address: 1234 Texas St
  - City: Shreveport
  - State: LA
  - Zip Code: 71101
- County: Caddo Parish
- Telephone Number: 318 673-7300
- E-Mail Address (if known): Shreveportla.gov>Police
- [ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Shawn Hinderberger
- Job or Title (if known): Shreveport Sergeant
- Address: 1234 Texas Ave
  - City: Shreveport
  - State: LA
  - Zip Code: 71101
- County: Caddo Parish
- Telephone Number: 318 673-7300
- E-Mail Address (if known): Shreveportla.gov>Police
- [ ] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Logan McDonald
Job or Title (if known): Shreveport Detective
Address: 1234 Texas Ave
Shreveport, LA 71101
City / State / Zip Code
County: Caddo Parish
Telephone Number: 318 673-7300
E-Mail Address (if known): Shreveportla.gov - Police

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:

City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

6th and 14th Amendment, Rico

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? None

*None*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attach pages.*

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*1308 Hamilton Circle Bossier City, LA 71111*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*9-13-2019    13:52:25*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*" Attached paper "*

*Shreveport Detectives, Marlon Clark and*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries are willful intentional infliction of my emotional distress and libel and slander. mental anguish, pain + suffering from all the malicious intentional.

Counseled with Medical doctor

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1,000,000 Compensatory damages, 2,000,000 punitive Damages

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-12-2022

Signature of Plaintiff

Printed Name of Plaintiff: Lisa Hill

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
            City        State      Zip Code
Telephone Number _____
E-mail Address _____

Basis for Jurisdiction:

D. The two Shreveport Detective Marlon Clark and Sgt. Hinderberger acted under color of law by coming to the resident of 1308 Hamilton Circle Bossier City, La 71111 to interrogate me on false police report on a gun. Detective M. Clark and Sgt. Hinderberger came inside the resident. Det. Clark and I was in the Kitchen area and Sgt. Hinderberger sat in my chair close to the Kitchen entrance way. Det. Clark was standing up at My Kitchen table in front of the stove with his papers on the Kitchen table. I went to the bedroom to get the police report cards I have on the same female that made the false allegation's on me. Hinderberger Kind of followed in behind me

towards the bedroom but in the hallway area to sure I didn't do anything. I returned back to "the kitchen to show the cards to Det Clark, He started to get irritable all of a sudden, so they left the resident.
The housing authority was schedule for apartment inspection." But they never did."

\* So I had gotten some gloves from the bossier city marshall's office for some charge that was put on my daughter by authorities" 620 benton rd. bossier city LA 71111. because this lady at the center by the bossier housing authority at 1315 Hamilton circle and Cox st. fake charge on my daughter.

\* We cleaned the stove and the bossier housing authority never came to do inspection

* Once I went to court on the false allegation's and I received the discovery paperwork from the public attorney and read the paperwork where Det Clark state he interviewed me in the living room, when in fact he interviewed me at my kitchen table. Det. Clark fabricated about the livingroom. He was sent to "frame me" by throwing that glove under the lower part of the stove, plus it did not make no noise when use that part. They all been promoted for corruption in office I have the evidence.

Shreveport Police Department
C. Sgt Shawn Hinderberger
Marlon Clark Detective

Det Clark put the glove in the stove while Sgt Hinderberger watched me. I never seen Logan McDonald

Statement of Claim:
They was sent by someone. I feel like it was Mr. Charlie Caldwell. Because of how the bossier city police tryed to put a false arrest and false charge on my daughter and send her to juvnile center. Before I been there as a child and I know badder things happen in places like that. They forced me to say that because I wasn't gonna stand for my child to go to a detention for false allegations. I know they was false allegations
" Camera's don't lie"
" This all rico act"

I went to the internal affairs made a report